**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH**

AMANDA BAXTER,                      )
                                   )
                                   )          2:23-CV-00804-CRE
              Plaintiff,           )
                                   )
        vs.                        )
                                   )
DON MANAGEMENT, LLC, JOHN          )
MAGLIOCCA, AN INDIVIDUAL;          )
                                   )
                                   )
              Defendants,          )

## ORDER

 **AND NOW**, this 28th day of March 2024, for the reasons stated in the accompanying Memorandum Opinion,

 **IT IS HEREBY ORDERED** that Defendant John Magliocca's ("Defendant Magliocca") motion to dismiss (ECF No. 15) is **GRANTED.**

 **IT IS FURTHER ORDERED** that Defendant Magliocca is **DISMISSED** with prejudice.

BY THE COURT:

s/Cynthia Reed Eddy
Cynthia Reed Eddy
United States Magistrate Judge

cc: Counsel of Record
  (via ECF electronic notification)

1